# EXHIBIT 3

US0D1076580S

(12) **United States Design Patent** (10) Patent No.: **US D1,076,580 S**
Lerman et al. (45) Date of Patent: ** **May 27, 2025**

(54) **DRINK MAKER DASHER**

(71) Applicant: **SharkNinja Operating LLC**, Needham, MA (US)

(72) Inventors: **Michael Lerman**, Providence, RI (US); **Alexander Mularski**, Auburn, MA (US); **Macrae Benziger**, Dedham, MA (US); **Yaoming Deng**, Guangdong (CN); **Pei Zheng**, Hanzhong (CN); **Bing Yin**, Changde (CN)

(73) Assignee: **SharkNinja Operating LLC**, Needham, MA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/944,388**

(22) Filed: **May 28, 2024**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 18/415,817, filed on Jan. 18, 2024.

(51) **LOC (15) Cl.** ............................................. 07-06
(52) **U.S. Cl.**
    USPC ......................................................... **D7/397**
(58) **Field of Classification Search**
    USPC ........ D7/376, 377, 378, 379, 380, 383, 384, D7/387, 395, 397, 399, 412, 413, 414, D7/674, 679, 688, 694; D15/138; D32/26
    CPC ........ A21C 1/02; A21C 1/1405; A47J 43/044; A47J 43/1037; A47J 43/27; A47J 2043/04463; A47J 43/1068; A47J 43/07; A47J 43/046; A47J 43/0711; A47J 43/105; A47J 2043/04445; A47J 2043/04481; A47J 43/0722; B01F 33/5011; B01F 35/3202; B01F 35/32021; B01F 33/25; B01F 27/00; B01F 27/113; B01F 27/1142
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,685,189 A | 9/1928 | Cover |
| 1,818,896 A | 8/1931 | Kohr |
| 1,896,081 A | 2/1933 | Hampson |
| 1,953,766 A | 4/1934 | McMath et al. |
| 2,134,261 A | 10/1938 | Oswell et al. |
| 2,136,224 A | 11/1938 | Weinreich |
| 2,141,045 A | 12/1938 | Ruttiman |
| 2,188,551 A | 1/1940 | Kaltenbach et al. |
| 2,316,165 A | 4/1943 | Howser |
| 2,352,232 A | 6/1944 | Strauss |
| 2,411,081 A | 11/1946 | Carothers |
| 2,541,814 A | 2/1951 | Gaddini |
| 2,896,421 A | 7/1959 | Rader |
| 2,972,239 A | 2/1961 | Vasby |
| 3,155,053 A | 11/1964 | De Vito et al. |
| 3,191,398 A | 6/1965 | Rader |
| 3,228,203 A | 1/1966 | Swenson |
| 3,292,911 A | 12/1966 | Paul |
| 3,300,094 A | 1/1967 | Rockola |
| 3,319,436 A | 5/1967 | Wilch |
| 3,400,551 A | 9/1968 | Booth et al. |
| 3,460,716 A | 8/1969 | Thomas |
| 3,460,717 A | 8/1969 | Thomas |
| 3,465,540 A | 9/1969 | Carpigiani |
| 3,632,245 A | 1/1972 | Getman |
| 3,939,667 A | 2/1976 | Halverson |
| 3,988,902 A | 11/1976 | Jacobs |
| 4,084,407 A | 4/1978 | Anhalt |
| 4,157,017 A | 6/1979 | Reid |
| 4,162,127 A | 7/1979 | Wakeman et al. |
| 4,241,590 A | 12/1980 | Martineau |
| 4,245,680 A | 1/1981 | Greenfield, Jr. et al. |
| 4,275,567 A | 6/1981 | Schwitters |
| 4,394,938 A | 7/1983 | Frassanito |
| 4,429,549 A | 2/1984 | Randolphi |
| 4,476,146 A | 10/1984 | Manfroni |
| 4,487,024 A | 12/1984 | Fletcher et al. |
| 4,528,824 A | 7/1985 | Herbert |
| 4,637,221 A | 1/1987 | Levine |
| 4,681,030 A | 7/1987 | Herbert |
| 4,681,458 A | 7/1987 | Cavalli |
| 4,698,984 A | 10/1987 | Manfroni |
| 4,711,374 A | 12/1987 | Gaunt et al. |
| 4,725,008 A | 2/1988 | Rebordosa et al. |
| 4,736,593 A | 4/1988 | Williams |
| 4,740,088 A | 4/1988 | Kelly, Jr. |
| 4,906,486 A | 3/1990 | Young |
| 4,964,542 A | 10/1990 | Smith |
| 5,020,698 A | 6/1991 | Crossley |



| | | | | | |
|---|---|---|---|---|---|
| 5,158,506 A | 10/1992 | Kusano et al. | 7,870,749 B2 | 1/2011 | Franck et al. |
| 5,205,129 A | 4/1993 | Wright et al. | 7,908,871 B2 | 3/2011 | Baxter et al. |
| 5,212,954 A | 5/1993 | Black et al. | D635,824 S * | 4/2011 | Shin .............................. D7/397 |
| 5,363,746 A | 11/1994 | Gordon | 7,942,094 B2 | 5/2011 | Kounlavong et al. |
| 5,389,209 A | 2/1995 | Paquette | 8,016,168 B2 | 9/2011 | Goulet |
| 5,419,150 A | 5/1995 | Kaiser et al. | 8,123,075 B2 | 2/2012 | Kadyk |
| 5,463,878 A | 11/1995 | Parekh et al. | 8,157,435 B2 | 4/2012 | Pryor, Jr. |
| 5,524,451 A | 6/1996 | Tippmann | 8,297,182 B2 | 10/2012 | Cocchi et al. |
| D374,150 S * | 10/1996 | Lillelund ........................ D7/397 | 8,323,015 B2 | 12/2012 | Day et al. |
| D375,390 S * | 11/1996 | Pinkowski ..................... D32/26 | 8,434,319 B2 | 5/2013 | Klier et al. |
| 5,603,229 A | 2/1997 | Cocchi et al. | 8,459,043 B2 | 6/2013 | Bertone |
| 5,644,926 A | 7/1997 | Kress | 8,479,532 B2 | 7/2013 | Cocchi et al. |
| 5,692,392 A | 12/1997 | Swier | 8,485,393 B2 | 7/2013 | Van Zeeland |
| 5,706,720 A | 1/1998 | Goch et al. | 8,561,839 B2 | 10/2013 | Cocchi et al. |
| 5,735,602 A | 4/1998 | Salvatore | 8,572,998 B2 | 11/2013 | Cocchi et al. |
| 5,788,370 A | 8/1998 | Pedrazzi | 8,584,897 B2 | 11/2013 | Belcham |
| 5,799,726 A | 9/1998 | Frank | 8,591,097 B2 | 11/2013 | Cocchi et al. |
| 5,906,105 A | 5/1999 | Ugolini | 8,616,250 B2 | 12/2013 | Herbert |
| 5,967,226 A | 10/1999 | Choi | 8,685,477 B2 | 4/2014 | Almblad et al. |
| 6,010,035 A | 1/2000 | Estruch | 8,701,435 B2 | 4/2014 | Gist et al. |
| 6,055,900 A | 5/2000 | Bunn | D706,581 S * | 6/2014 | Pendleton ........................ D7/378 |
| 6,058,721 A | 5/2000 | Midden et al. | 8,769,973 B2 | 7/2014 | Leaver et al. |
| 6,070,417 A | 6/2000 | Benson | 8,770,093 B2 | 7/2014 | Cahen et al. |
| 6,082,123 A | 7/2000 | Johnson | 8,876,366 B2 | 11/2014 | Saubert |
| 6,119,472 A | 9/2000 | Ross | 8,887,522 B2 | 11/2014 | Grampassi |
| 6,176,090 B1 | 1/2001 | Ufema | 8,899,063 B2 | 12/2014 | Ugolini |
| 6,182,862 B1 | 2/2001 | McGill | 8,998,037 B2 | 4/2015 | Cahen et al. |
| 6,220,047 B1 | 4/2001 | Vogel et al. | 9,016,077 B2 | 4/2015 | Cho et al. |
| 6,253,573 B1 | 7/2001 | Schwitters et al. | 9,066,529 B2 | 6/2015 | Fassberg et al. |
| 6,264,066 B1 | 7/2001 | Vincent et al. | 9,089,821 B2 | 7/2015 | Seidler et al. |
| 6,301,918 B1 | 10/2001 | Quartarone et al. | 9,127,881 B2 | 9/2015 | Anderson et al. |
| 6,370,892 B1 | 4/2002 | Ross | 9,131,709 B2 | 9/2015 | Hammonds et al. |
| 6,438,987 B1 | 8/2002 | Pahl | 9,198,536 B2 | 12/2015 | Lardelli et al. |
| 6,490,872 B1 | 12/2002 | Beck et al. | 9,233,829 B2 | 1/2016 | Grampassi |
| 6,513,578 B2 | 2/2003 | Frank | 9,301,537 B2 | 4/2016 | Cocchi et al. |
| 6,546,843 B2 | 4/2003 | Ugolini | 9,314,043 B2 | 4/2016 | Grampassi |
| 6,553,779 B1 | 4/2003 | Boyer et al. | 9,326,529 B2 | 5/2016 | Sipp et al. |
| D474,567 S * | 5/2003 | Clark .............................. D32/26 | 9,326,530 B2 | 5/2016 | Ugolini |
| D476,522 S * | 7/2003 | Renz .............................. D7/387 | 9,326,531 B1 | 5/2016 | Reich et al. |
| 6,619,056 B2 | 9/2003 | Midden et al. | 9,328,948 B2 | 5/2016 | Billman et al. |
| 6,622,511 B2 | 9/2003 | Ashworth et al. | 9,364,114 B2 | 6/2016 | Claesson et al. |
| 6,637,214 B1 | 10/2003 | Leitzke et al. | 9,398,774 B2 | 7/2016 | Grampassi |
| 6,679,314 B2 | 1/2004 | Frank | 9,402,408 B2 | 8/2016 | Cocchi et al. |
| 6,694,752 B2 | 2/2004 | Nomura et al. | 9,420,915 B2 | 8/2016 | Dickson, Jr. et al. |
| 6,735,967 B1 | 5/2004 | Bischel et al. | 9,457,386 B2 | 10/2016 | Gates et al. |
| 6,761,036 B2 | 7/2004 | Teague et al. | 9,462,826 B2 | 10/2016 | Cocchi et al. |
| 6,766,650 B2 | 7/2004 | Cunha et al. | 9,528,740 B1 | 12/2016 | Gist et al. |
| 6,772,675 B2 | 8/2004 | Ervin | 9,565,868 B2 | 2/2017 | D'Agostino |
| 6,817,749 B2 | 11/2004 | Saunders et al. | 9,591,871 B2 | 3/2017 | Ugolini |
| 6,830,239 B1 | 12/2004 | Weber et al. | 9,648,896 B2 | 5/2017 | Ugolini |
| 6,863,916 B2 | 3/2005 | Henriksen et al. | 9,656,227 B2 | 5/2017 | Paget |
| 6,907,743 B2 | 6/2005 | Cocchi et al. | 9,681,778 B2 | 6/2017 | Pendleton et al. |
| 6,918,258 B2 | 7/2005 | Cunha et al. | 9,723,857 B2 | 8/2017 | Endo et al. |
| 6,923,010 B2 | 8/2005 | Small et al. | 9,725,228 B2 | 8/2017 | Py et al. |
| 6,932,503 B2 | 8/2005 | Fallowes | 9,763,462 B2 | 9/2017 | He et al. |
| 6,948,327 B2 | 9/2005 | Bischel et al. | 9,765,891 B2 | 9/2017 | Bischel |
| 6,955,110 B1 * | 10/2005 | Spletzer ............. A22C 17/0006 | D798,923 S | 10/2017 | Homola |
| | | 83/342 | D800,808 S * | 10/2017 | Schollmayer ........ B01F 27/1921 |
| 7,028,607 B2 | 4/2006 | Zweben | | | D15/138 |
| 7,047,758 B2 | 5/2006 | Ross | 9,833,109 B2 | 12/2017 | Farrell et al. |
| 7,100,392 B2 | 9/2006 | Cortese | 9,845,982 B2 | 12/2017 | Knatt |
| 7,152,765 B1 | 12/2006 | Midden et al. | 9,854,820 B2 | 1/2018 | Cocchi et al. |
| 7,165,699 B2 | 1/2007 | McGill | 9,867,387 B2 | 1/2018 | Davis et al. |
| 7,213,965 B2 | 5/2007 | Daniels, Jr. | 9,894,912 B2 | 2/2018 | Jacobsen et al. |
| 7,264,187 B1 | 9/2007 | Kolar | 9,895,028 B2 | 2/2018 | Gerard et al. |
| 7,269,960 B2 | 9/2007 | Elsom et al. | D814,850 S * | 4/2018 | Polk, III ........................ D7/376 |
| 7,270,473 B2 | 9/2007 | Donthnier et al. | 9,986,748 B2 | 6/2018 | Lazzarini et al. |
| 7,275,666 B2 | 10/2007 | Rukavina et al. | 9,993,016 B1 | 6/2018 | Dyer |
| 7,278,276 B2 | 10/2007 | Boyer et al. | 10,004,250 B2 | 6/2018 | Ugolini |
| 7,278,555 B2 | 10/2007 | McGill | D822,730 S * | 7/2018 | Polk, III ........................ D15/139 |
| 7,451,613 B2 | 11/2008 | Barraclough et al. | 10,039,297 B2 | 8/2018 | Grampassi |
| 7,543,717 B2 | 6/2009 | Hinkle | 10,039,298 B2 | 8/2018 | Noth et al. |
| 7,587,972 B2 | 9/2009 | Katz et al. | 10,094,607 B2 | 10/2018 | Broadbent |
| 7,603,870 B2 | 10/2009 | Mavridis et al. | 10,123,551 B2 | 11/2018 | Beth Halachmi |
| 7,647,782 B2 | 1/2010 | Bucceri | 10,137,032 B2 | 11/2018 | Williamson et al. |
| 7,648,264 B2 | 1/2010 | Breviere et al. | 10,151,523 B2 | 12/2018 | Sadot et al. |
| 7,698,899 B2 | 4/2010 | Lewitus et al. | 10,159,270 B2 | 12/2018 | Cocchi et al. |
| 7,712,321 B2 | 5/2010 | Kadyk | 10,238,129 B2 | 3/2019 | Cocchi et al. |
| 7,726,136 B2 | 6/2010 | Baxter et al. | 10,306,905 B2 | 6/2019 | Cocchi |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10,306,906 | B2 | 6/2019 | Elsom et al. | 11,696,589 B2 | 7/2023 | Cocchi et al. |
| 10,321,700 | B2 | 6/2019 | Cocchi et al. | 11,751,582 B2 | 9/2023 | Lazzarini et al. |
| 10,327,455 | B2 | 6/2019 | Gates | 11,758,920 B1 | 9/2023 | Frank et al. |
| 10,334,868 | B2 | 7/2019 | Fonte | 11,771,108 B2 | 10/2023 | Lazzarini et al. |
| 10,357,131 | B2 | 7/2019 | Dickson, Jr. et al. | 11,805,789 B2 | 11/2023 | Springer et al. |
| 10,375,973 | B2 | 8/2019 | Noth et al. | 2001/0052239 A1 | 12/2001 | Dorner |
| 10,405,562 | B2 | 9/2019 | Cocchi et al. | 2002/0162339 A1 | 11/2002 | Harrison et al. |
| 10,463,059 | B2 | 11/2019 | Bush | 2003/0000240 A1 | 1/2003 | Pahl |
| 10,477,878 | B2 | 11/2019 | Cocchi et al. | 2003/0080644 A1 | 5/2003 | Nelson et al. |
| 10,492,513 | B1 | 12/2019 | Sullivan | 2003/0192325 A1 | 10/2003 | Cocchi et al. |
| D876,164 | S * | 2/2020 | Sorensen ................. D7/378 | 2004/0187514 A1 | 9/2004 | Franck et al. |
| 10,548,336 | B2 | 2/2020 | Tuchrelo et al. | 2004/0226305 A1 | 11/2004 | Grampassi |
| 10,555,545 | B2 | 2/2020 | Bischel | 2006/0043088 A1 | 3/2006 | Ancona et al. |
| 10,570,897 | B2 | 2/2020 | Cocchi et al. | 2006/0044935 A1 | 3/2006 | Benelli et al. |
| 10,571,041 | B2 | 2/2020 | Bischel | 2006/0156754 A1 | 7/2006 | Liu |
| 10,588,330 | B2 | 3/2020 | Cocchi et al. | 2006/0169147 A1 | 8/2006 | Cocchi et al. |
| 10,624,364 | B2 | 4/2020 | Cocchi et al. | 2006/0169727 A1 | 8/2006 | Cocchi et al. |
| 10,638,774 | B2 | 5/2020 | Grampassi | 2006/0213903 A1 | 9/2006 | Lin |
| 10,645,947 | B2 | 5/2020 | Versteeg et al. | 2007/0119867 A1 | 5/2007 | Nakato et al. |
| 10,660,348 | B2 | 5/2020 | Cheung | 2007/0151101 A1 | 7/2007 | Cocchi et al. |
| 10,660,349 | B2 | 5/2020 | Cocchi et al. | 2008/0073376 A1 | 3/2008 | Gist et al. |
| 10,674,743 | B2 | 6/2020 | Ugolini | 2008/0098765 A1 | 5/2008 | Bond |
| 10,674,744 | B2 | 6/2020 | Cocchi et al. | 2008/0149655 A1 | 6/2008 | Gist et al. |
| 10,712,063 | B2 | 7/2020 | Cobabe et al. | 2008/0282722 A1 | 11/2008 | Edmonds et al. |
| 10,712,087 | B2 | 7/2020 | Cui et al. | 2009/0127295 A1 | 5/2009 | Cocchi et al. |
| 10,712,094 | B2 | 7/2020 | Cocchi et al. | 2009/0310436 A1 * | 12/2009 | Huang ................. B01F 27/1122 |
| 10,721,944 | B2 | 7/2020 | Dong et al. | | | 366/330.3 |
| 10,736,336 | B2 | 8/2020 | Cocchi et al. | 2010/0050655 A1 | 3/2010 | Bravo et al. |
| 10,736,337 | B2 | 8/2020 | Seiler et al. | 2010/0116846 A1 | 5/2010 | Cortese et al. |
| 10,743,563 | B2 | 8/2020 | Mohammed et al. | 2010/0147875 A1 | 6/2010 | Santos et al. |
| 10,788,246 | B2 | 9/2020 | Frank et al. | 2010/0293965 A1 | 11/2010 | Frank et al. |
| 10,806,163 | B2 | 10/2020 | Dong et al. | 2011/0101039 A1 | 5/2011 | Cocchi et al. |
| 10,894,705 | B2 | 1/2021 | Cocchi et al. | 2011/0262600 A1 | 10/2011 | McGill |
| 10,952,455 | B2 | 3/2021 | Cocchi et al. | 2012/0096876 A1 | 4/2012 | Ravji et al. |
| 10,952,456 | B2 | 3/2021 | Cocchi et al. | 2012/0298670 A1 | 11/2012 | Skobel et al. |
| D916,564 | S * | 4/2021 | Kent ......................... D7/378 | 2012/0312049 A1 | 12/2012 | Downs, III et al. |
| D918,656 | S * | 5/2021 | Wettlaufer ............... D7/699 | 2014/0209635 A1 | 7/2014 | Gates et al. |
| 11,027,300 | B2 | 6/2021 | Crossdale et al. | 2014/0212566 A1 | 7/2014 | Herbert et al. |
| 11,051,531 | B2 | 7/2021 | Cocchi et al. | 2014/0263415 A1 | 9/2014 | San Miguel et al. |
| 11,064,715 | B2 | 7/2021 | Herbert et al. | 2015/0191685 A1 | 7/2015 | Kyle |
| 11,118,841 | B2 | 9/2021 | Minard | 2015/0245636 A1 | 9/2015 | Forrester, Jr. |
| 11,122,816 | B2 | 9/2021 | Yang et al. | 2015/0264959 A1 | 9/2015 | Colwell et al. |
| D932,834 | S | 10/2021 | Wollam | 2016/0262422 A1 | 9/2016 | Biglari et al. |
| 11,134,703 | B2 | 10/2021 | Cocchi et al. | 2017/0332658 A1 | 11/2017 | Mitchell et al. |
| 11,140,911 | B2 | 10/2021 | Cocchi et al. | 2018/0184682 A1 | 7/2018 | Bertone |
| 11,147,289 | B2 | 10/2021 | San Miguel et al. | 2018/0206519 A1 | 7/2018 | Noth et al. |
| 11,154,074 | B2 | 10/2021 | Greenberg et al. | 2019/0056182 A1 | 2/2019 | Bischel et al. |
| 11,154,163 | B1 | 10/2021 | He et al. | 2019/0070643 A1 | 3/2019 | Wong et al. |
| 11,185,091 | B2 | 11/2021 | Koehl et al. | 2019/0110496 A1 | 4/2019 | Cocchi et al. |
| 11,187,443 | B2 | 11/2021 | Cocchi et al. | 2019/0124944 A1 | 5/2019 | Caiano |
| 11,213,046 | B2 | 1/2022 | Cocchi et al. | 2019/0125122 A1 | 5/2019 | Feola |
| 11,278,040 | B2 | 3/2022 | Newton et al. | 2019/0166873 A1 | 6/2019 | Grampassi |
| 11,291,218 | B2 | 4/2022 | Soffientini et al. | 2019/0313664 A1 | 10/2019 | Haas et al. |
| 11,337,549 | B2 | 5/2022 | Tuchrelo et al. | 2020/0107559 A1 | 4/2020 | Deshpande et al. |
| 11,344,045 | B2 | 5/2022 | Tuchrelo et al. | 2020/0173697 A1 | 6/2020 | Resnick |
| D957,180 | S * | 7/2022 | Walter ....................... D7/376 | 2020/0288747 A1 | 9/2020 | Greenberg et al. |
| D960,935 | S * | 8/2022 | Wilkins ..................... D15/7 | 2020/0339407 A1 | 10/2020 | Caiano |
| 11,399,552 | B2 | 8/2022 | Cocchi et al. | 2021/0000133 A1 | 1/2021 | Meldrum et al. |
| 11,406,119 | B2 | 8/2022 | Cocchi et al. | 2021/0003549 A1 | 1/2021 | Ino et al. |
| 11,412,757 | B2 | 8/2022 | Velez et al. | 2021/0022364 A1 | 1/2021 | Meldrum et al. |
| 11,412,884 | B2 | 8/2022 | Herbert et al. | 2021/0084930 A1 | 3/2021 | Fonte |
| 11,470,855 | B2 | 10/2022 | Fonte et al. | 2021/0152649 A1 | 5/2021 | Ciepiel |
| 11,484,042 | B2 | 11/2022 | Cocchi et al. | 2021/0161182 A1 | 6/2021 | Stoenescu et al. |
| 11,490,635 | B2 | 11/2022 | Dong | 2021/0360979 A1 | 11/2021 | Leb et al. |
| 11,497,228 | B2 | 11/2022 | Wadle et al. | 2021/0368821 A1 | 12/2021 | Tassi et al. |
| 11,503,841 | B2 | 11/2022 | Fonte et al. | 2022/0030906 A1 | 2/2022 | Springer et al. |
| 11,510,421 | B2 | 11/2022 | Yifrach | 2022/0073336 A1 | 3/2022 | Savioz |
| 11,519,650 | B2 | 12/2022 | Rupp | 2022/0087284 A1 | 3/2022 | Savioz |
| 11,528,922 | B2 | 12/2022 | Beth Halachmi | 2022/0110339 A1 | 4/2022 | Beth Halachmi et al. |
| RE49,350 | E | 1/2023 | Barniol Gutierrez et al. | 2022/0117255 A1 | 4/2022 | Lazzarini et al. |
| 11,540,533 | B2 | 1/2023 | Cocchi et al. | 2022/0117256 A1 | 4/2022 | Wang |
| D979,327 | S * | 2/2023 | Kim ........................... D7/412 | 2022/0174978 A1 | 6/2022 | Douer |
| 11,571,006 | B2 | 2/2023 | Luca et al. | 2022/0211072 A1 | 7/2022 | Tran et al. |
| 11,576,398 | B2 | 2/2023 | Tassi et al. | 2022/0225636 A1 | 7/2022 | Minard et al. |
| 11,582,985 | B2 | 2/2023 | Cocchi et al. | 2022/0240533 A1 | 8/2022 | Dees et al. |
| 11,590,466 | B2 | 2/2023 | Charopoulos et al. | 2022/0273141 A1 | 9/2022 | Atinaja |
| 11,627,747 | B2 | 4/2023 | Fonte et al. | 2022/0295822 A1 | 9/2022 | Lazzarini et al. |
| 11,634,312 | B2 | 4/2023 | Fonte et al. | 2022/0394996 A1 | 12/2022 | Lazzarini et al. |
| 11,643,321 | B2 | 5/2023 | Bush et al. | 2023/0000289 A1 | 1/2023 | Kolar et al. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2023/0038281 | A1 | 2/2023 | Gee, II et al. | CN | 107279447 B | 10/2021 |
| 2023/0040750 | A1 | 2/2023 | Ciepiel et al. | CN | 113483505 A | 10/2021 |
| 2023/0055322 | A1 | 2/2023 | Griffiths et al. | CN | 214316889 U | 10/2021 |
| 2023/0074503 | A1 | 3/2023 | Kanellos et al. | CN | 113729494 A | 12/2021 |
| 2023/0107530 | A1 | 4/2023 | Kadyk et al. | CN | 113776237 A | 12/2021 |
| 2023/0180785 | A1 | 6/2023 | Feola | CN | 215176200 U | 12/2021 |
| 2023/0292785 | A1 | 9/2023 | Collins et al. | CN | 113892544 A | 1/2022 |
| | | | | CN | 113892551 A | 1/2022 |
| | | FOREIGN PATENT DOCUMENTS | | CN | 113907172 A | 1/2022 |
| | | | | CN | 113925109 A | 1/2022 |
| CA | 186175 | | 2/2020 | CN | 216088684 U | 3/2022 |
| CN | 2681650 Y | | 3/2005 | CN | 108471775 B | 5/2022 |
| CN | 101035719 B | | 9/2010 | CN | 114424796 A | 5/2022 |
| CN | 101897379 A | | 12/2010 | CN | 114760847 A | 7/2022 |
| CN | 102395280 A | | 3/2012 | CN | 114760848 A | 7/2022 |
| CN | 1981590 B | | 7/2012 | CN | 216906702 U | 7/2022 |
| CN | 101073373 B | | 9/2012 | CN | 114868828 A | 8/2022 |
| CN | 102869269 A | | 1/2013 | CN | 114870688 A | 8/2022 |
| CN | 101433257 B | | 3/2013 | CN | 115348822 A | 11/2022 |
| CN | 202773994 U | | 3/2013 | CN | 115397250 A | 11/2022 |
| CN | 101263838 B | | 6/2013 | CN | 108402274 B | 12/2022 |
| CN | 101842022 B | | 5/2014 | CN | 218495421 U | 2/2023 |
| CN | 102802432 B | | 9/2014 | CN | 109414034 B | 3/2023 |
| CN | 104222447 A | | 12/2014 | CN | 109463523 B | 3/2023 |
| CN | 102791142 B | | 2/2015 | CN | 107788200 B | 6/2023 |
| CN | 103052324 B | | 2/2015 | CN | 109090329 B | 6/2023 |
| CN | 104351455 A | | 2/2015 | CN | 110269127 B | 7/2023 |
| CN | 104839419 A | | 8/2015 | CN | 116473154 A | 7/2023 |
| CN | 103727718 B | | 5/2016 | CN | 113892548 B | 8/2023 |
| CN | 104146140 B | | 6/2016 | CN | 113925107 B | 8/2023 |
| CN | 105685363 A | | 6/2016 | CN | 113892544 B | 9/2023 |
| CN | 105767441 A | | 7/2016 | CN | 113728208 B | 10/2023 |
| CN | 105876067 A | | 8/2016 | CN | 114009573 B | 10/2023 |
| CN | 104349681 B | | 12/2016 | CN | 114009574 B | 10/2023 |
| CN | 106472801 A | | 3/2017 | CN | 220287817 U | 1/2024 |
| CN | 106472802 A | | 3/2017 | CN | 308416570 | 1/2024 |
| CN | 103619187 B | | 5/2017 | CN | 308416570 S | 1/2024 |
| CN | 103796562 B | | 5/2017 | CN | 308422196 S | 1/2024 |
| CN | 106720895 A | | 5/2017 | CN | 117928143 A | 4/2024 |
| CN | 106720899 A | | 5/2017 | CN | 117958344 A | 5/2024 |
| CN | 103190521 B | | 6/2017 | CN | 221059481 U | 6/2024 |
| CN | 106900971 A | | 6/2017 | CN | 308671658 S | 6/2024 |
| CN | 106998739 A | | 8/2017 | CN | 118383446 A | 7/2024 |
| CN | 105636681 B | | 2/2018 | CN | 118383447 A | 7/2024 |
| CN | 105928284 A | | 3/2018 | CN | 118383448 A | 7/2024 |
| CN | 108471774 A | | 8/2018 | CN | 308729489 S | 7/2024 |
| CN | 108967640 A | | 12/2018 | CN | 118415268 A | 8/2024 |
| CN | 109068679 A | | 12/2018 | CN | 118442732 A | 8/2024 |
| CN | 109152386 A | | 1/2019 | CN | 118463436 A | 8/2024 |
| CN | 109497252 A | | 3/2019 | CN | 118489792 A | 8/2024 |
| CN | 106414244 B | | 8/2019 | CN | 118645963 A | 9/2024 |
| CN | 110168296 A | | 8/2019 | CN | 221881850 U | 10/2024 |
| CN | 105142417 B | | 10/2019 | CN | 118873002 A | 11/2024 |
| CN | 105517448 B | | 11/2019 | CN | 118912748 A | 11/2024 |
| CN | 110432373 A | | 11/2019 | CN | 118949740 A | 11/2024 |
| CN | 110477182 A | | 11/2019 | CN | 119097039 A | 12/2024 |
| CN | 104782875 B | | 12/2019 | CN | 119111683 A | 12/2024 |
| CN | 105992518 B | | 12/2019 | CN | 222278939 U | 12/2024 |
| CN | 110573023 A | | 12/2019 | CN | 119344398 A | 1/2025 |
| CN | 110604206 A | | 12/2019 | DE | 1981857 U | 3/1968 |
| CN | 104543313 B | | 3/2020 | DE | 102016219197 A1 | 4/2018 |
| CN | 111011572 A | | 4/2020 | EM | 001766817-0001 | 10/2010 |
| CN | 111096388 A | | 5/2020 | EM | 015065931-0001 | 7/2024 |
| CN | 111386045 A | | 7/2020 | EP | 0133844 A1 | 3/1985 |
| CN | 111887338 A | | 11/2020 | EP | 0250245 B1 | 3/1991 |
| CN | 111903828 A | | 11/2020 | EP | 0793535 B1 | 6/1999 |
| CN | 111918557 A | | 11/2020 | EP | 0861597 A3 | 11/1999 |
| CN | 111918558 A | | 11/2020 | EP | 0827480 B1 | 9/2002 |
| CN | 112262910 A | | 1/2021 | EP | 0876765 B1 | 10/2002 |
| CN | 105767440 B | | 3/2021 | EP | 0910269 B1 | 10/2002 |
| CN | 105795089 B | | 3/2021 | EP | 1132007 A3 | 9/2003 |
| CN | 111609640 B | | 5/2021 | EP | 0893070 B1 | 9/2005 |
| CN | 106562677 B | | 6/2021 | EP | 1808622 A1 | 7/2007 |
| CN | 112911941 A | | 6/2021 | EP | 1635682 B1 | 8/2007 |
| CN | 105028886 B | | 7/2021 | EP | 1787524 A3 | 11/2008 |
| CN | 105580972 B | | 7/2021 | EP | 1738652 B1 | 5/2009 |
| CN | 109689530 B | | 9/2021 | EP | 2266416 A1 | 12/2010 |
| CN | 214223471 U | | 9/2021 | EP | 2332450 A1 | 6/2011 |
| CN | 106234750 B | | 10/2021 | EP | 1980156 B1 | 6/2012 |

| | | | |
|---|---|---|---|
| EP | 2062481 | B1 | 6/2012 |
| EP | 2342997 | B1 | 6/2012 |
| EP | 2064957 | B1 | 1/2013 |
| EP | 2446750 | B1 | 1/2013 |
| EP | 2267340 | B1 | 3/2014 |
| EP | 2508080 | B1 | 5/2015 |
| EP | 2708169 | B1 | 6/2015 |
| EP | 2680708 | B1 | 1/2016 |
| EP | 2550869 | B1 | 2/2017 |
| EP | 2805620 | B1 | 2/2017 |
| EP | 2269469 | B1 | 4/2017 |
| EP | 2277386 | B1 | 4/2017 |
| EP | 2713765 | B1 | 8/2017 |
| EP | 2653808 | A3 | 1/2018 |
| EP | 2863777 | B1 | 6/2018 |
| EP | 3348516 | A1 | 7/2018 |
| EP | 3172970 | B1 | 1/2019 |
| EP | 3399865 | B1 | 7/2019 |
| EP | 3324804 | B1 | 3/2020 |
| EP | 3245430 | B1 | 5/2020 |
| EP | 3351113 | B1 | 12/2020 |
| EP | 3340844 | B1 | 10/2022 |
| EP | 3473950 | B1 | 3/2023 |
| EP | 3519347 | B1 | 3/2023 |
| EP | 3554252 | B1 | 5/2023 |
| EP | 3793416 | B1 | 5/2023 |
| EP | 3616528 | B1 | 7/2023 |
| FR | 2574253 | B1 | 2/1990 |
| FR | 2705550 | A1 | 12/1994 |
| GB | 1183551 | | 3/1970 |
| GB | 2444979 | B | 6/2008 |
| GB | 9001766817-0001 | | 10/2010 |
| GB | 6377272 | | 7/2024 |
| JP | H11113498 | A | 4/1999 |
| KR | 100214695 | B1 | 8/1999 |
| WO | 0125673 | A1 | 4/2001 |
| WO | 0197628 | A1 | 12/2001 |
| WO | 2004054380 | A1 | 7/2004 |
| WO | 2008001520 | A1 | 1/2008 |
| WO | 2008119980 | A1 | 10/2008 |
| WO | 2011081301 | A2 | 7/2011 |
| WO | 2016069106 | A1 | 5/2016 |
| WO | 2019057130 | A1 | 3/2019 |
| WO | 2020191221 | A1 | 9/2020 |
| WO | 2021250682 | A1 | 12/2021 |
| WO | 2022205902 | A1 | 10/2022 |
| WO | 2023042084 | A1 | 3/2023 |
| WO | 2023091416 | A3 | 5/2023 |
| WO | 2023131944 | A1 | 7/2023 |

OTHER PUBLICATIONS

Ninja Slushi Frozen Drink Maker, ebay.com, First available date Jan. 13, 2025. Retrieved from the internet Feb. 14, 2025<https://www.ebay.com/itm/226539936272? (Year: 2025).*

Unknown, "Augur Frozen Drink Makers—Ninja", published at ninjakitchen.com: https://www.ninjakitchen.com/products/%E2%80%8Bauger-zid556DN300> (Last accessed Jan. 21, 2025).

Unknown, "Augur—Ice Cream Machines", published at frozendrinkmadness.com: <https://www.frozendrinkmadness.com/new-ice-cream-machines/Auger-p126726050> (Last accessed Jan. 21, 2025).

Unknown, "Orvisinc Mini Slush Making Machine Juice Smoothie Maker Frozen Drink", published at bedbathandbeyond.com <https://www.bedbathandbeyond.com/Home-Garden/Orvisinc-Mini-Slush-Making-Machine-Juice-Smoothie-Maker-Frozen-Drink/28589932/product.html> (Last accessed Jan. 21, 2025).

Unknown, "Bunn 32106. 1000 Ultra 2 or Cds2 Frozen Drink Machine White Auger Spiral Mixer for sale online", published at ebay.com: <https://www.ebay.com/p/1900250336> (Last accessed Jan. 21, 2025).

Unknown, "Crathco Frosty Slush Machine Auger Spiral", published at partsguru.com: <https://partsguru.com/products/spm-slush-machine-auger-spiral-white?variant=44883518914835> (Last accessed Jan. 21, 2025).

Unknown, "Spaceman 2.1.1.10.0003 4 Qt. Small Beater Auger", published at webstaurantstore.com: <https://www.webstaurantstore.com/spaceman-beater-fb-auger-small-4-0qt/715211100003.html> (Last accessed Jan. 21, 2025).

Unknown, "Taylor Ice Cream Machine Auger Model #334", published at ebay.com <https://www.ebay.com/itm/134664006643> (Last accessed Jan. 21, 2025).

* cited by examiner

*Primary Examiner* — Joseph Kukella
*Assistant Examiner* — Darryl J Dardenne
(74) *Attorney, Agent, or Firm* — McAndrews Held & Malloy, Ltd.

(57) **CLAIM**

The ornamental design for a drink maker dasher, as shown and described.

**DESCRIPTION**

FIG. **1** is a top, front and right side perspective view of a drink maker dasher, showing our new design;
FIG. **2** is a front view thereof;
FIG. **3** is a rear view thereof;
FIG. **4** is a left side view thereof;
FIG. **5** is a right side view thereof;
FIG. **6** is a top view thereof; and,
FIG. **7** is a bottom view thereof.
The dashed broken lines in the figures illustrate portions of the drink maker dasher that form no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7