**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SHENZHEN SALILAN TECHNOLOGY CO., LTD., FANGXINGWANG TRADING CO., LTD., and SHENZHEN XIWEI TECHNOLOGY CO., LTD.<br><br>*Plaintiffs*,<br><br>v.<br><br>SHARKNINJA OPERATING LLC<br><br>*Defendant.* | Case No. 1:25-cv-12447<br><br>**JURY TRIAL DEMANDED** |
| SHARKNINJA OPERATING LLC and SHARKNINJA SALES COMPANY,<br><br>*Counterclaim-Plaintiffs*,<br><br>v.<br><br>SHENZHEN SALILAN TECHNOLOGY CO., LTD., FANGXINGWANG TRADING CO., LTD., and SHENZHEN XIWEI TECHNOLOGY CO., LTD.<br><br>*Counterclaim-Defendants.* | |

**PLAINTIFF AND COUNTERCLAIM-DEFENDANTS**
**SHARKNINJA OPERATING LLC'S AND SHARKNINJA SALES COMPANY'S**
<u>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs SharkNinja Operating LLC and SharkNinja Sales Company (collectively, "SharkNinja"), by and through its undersigned counsel, states that:

1. The parent company of SharkNinja Operating LLC is EP Midco LLC.

2. The parent company of SharkNinja Sales Company is SharkNinja Operating LLC.

3. SharkNinja, Inc. holds 10% or more of the stock or interests in SharkNinja Operating LLC, SharkNinja Sales Company, and SharkNinja Midco LLC.

Respectfully submitted,

*Attorneys for Defendant and Counterclaim-Plaintiffs SharkNinja Operating LLC and SharkNinja Sales Company*

*By their attorneys,*

*/s/ James L. Tuxbury*
James. L. Tuxbury, Esq. (BBO No. 624916)
HINKLEY, ALLEN & SNYDER LLP
*jtuxbury@hinckleyallen.com*
28 State Street,
Boston, MA 02109
Phone: (617) 378-4162
Fax: (617) 345-9020


Brian A. Rosenthal (*pro hac vice forthcoming*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue,
New York, NY
10166
(212) 351-4000


Brian M. Buroker (*pro hac vice forthcoming*)
David Brzozowski (*pro hac vice forthcoming*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.,
Washington, D.C. 20036-4504
(202) 955-8500

David Glandorf (*pro hac vice forthcoming*)
**GIBSON, DUNN & CRUTCHER LLP**
1900 Lawrence St.,
Suite 3000
Denver, CO 80202-2211

Dated: October 10, 2025                    (303) 298-5700

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 10, 2025, a true and correct copy of the foregoing was served upon all counsel of record via the Court's CM/ECF system.

                                          */s/ James L. Tuxbury*
                                          James L. Tuxbury, Esq.